UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 20-48251

GREGORY MICHAEL SCOTT,                                          Chapter 7

      Debtor.                                                 Judge Thomas J. Tucker

_____/

## ORDER DISMISSING CASE

On July 30, 2020, a voluntary petition for relief under Chapter 7 was filed, commencing this case. Also on July 30, 2020 the Debtor filed a document entitled "Certificate of Counseling" (Docket # 3). The Debtor's Certificate of Counseling states that on *January 26, 2020*, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case, under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that:

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition by such individual**, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing during the 180-day period ending on the date of the filing of the petition. The only credit counseling certificate that the Debtor filed shows that the Debtor received a credit counseling briefing on January 26, 2020, which was *186 days* prior to the petition being filed in this case.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed: August 12, 2020**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**